UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
NOV 2 4 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:21CR00649 HEA/DDN |
| vs. ) | |
| ) | |
| BRANDON LAMONT BRADLEY, ) | |
| AKA "SKEETO", ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 16, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**BRANDON LAMONT BRADLEY, AKA "SKEETO",**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as Fentanyl, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about November 16, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**BRANDON LAMONT BRADLEY, AKA "SKEETO",**

the Defendant herein did knowingly possess a firearm in furtherance of a drug trafficking crime, which may be prosecuted in a court of the United States, that is, possession with intent to distribute heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, as set forth in Count One.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and punishable under Title 18 United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CATHERINE M. HOAG, #67500MO
Assistant United States Attorney